

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00121-CR
_____

JEREMY JAMES GILLETTE, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CR19-00911

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

**MEMORANDUM OPINION**

Appellant Jeremy James Gillette attempts to appeal the trial court's "Agreed Order Substituting Counsel." On September 8, 2021, we notified Gillette of our concern that we lack jurisdiction over his appeal because the trial court has not entered any appealable orders. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam) (holding that a court of appeals generally only has jurisdiction to consider an appeal by a criminal defendant where there has been a judgment of conviction). We informed Gillette that we could dismiss his appeal for want of jurisdiction unless he or any party desiring to continue the appeal filed a response by September 20, 2021, showing grounds for continuing the appeal. *See* Tex. R. App. P. 43.2(f), 44.3. Gillette has not filed a response. Accordingly, we dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *McKown*, 915 S.W.2d at 161.

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: October 14, 2021

2